

# TEAMSTERS LOCAL UNION NO. 554

Affiliated with the
International Brotherhood of Teamsters

Omaha
402-331-0550
800-660-5190
Fax: 402-331-0557

4349 South 90th Street
Omaha, Nebraska 68127

Grand Island
308-382-7600
800-833-1394

August 12, 2011

Fred Gegare, Director Dairy Division
IBT Central Region
10600 West Higgins Road, Suite #601
Rosemont, IL 60018

Dear Sir and Brother:

Enclosed you will find a copy of a grievance filed by Local 554 on behalf of all bargaining Unit Members. Teamsters Local #554 is requesting this case be placed on the next JAC Dairy Division Agenda for adjudication.

If you have any questions regarding this grievance please contact the undersigned.

Fraternally,

Todd Bell

Todd Bell, Business Representative
General Drivers & Helpers Union #554
4349 South 90th Street
Omaha, NE 68127

cc:   Harold Papen, Roberts Dairy

cc:   Tony Cornelius, IBT

encls.

KQ:mg

"EXHIBIT 1
PAGE 1 OF 4"

*Teamsters Building Better Lives Together*



# Grievance: 3981

Teamsters Local 554   Date Filed: 05/04/2011
International Brotherhood of Teamsters   Date Closed:

## Grievance

Name: **Local Union 554**  Phone: (402) 331-0550   Employed By: Roberts Dairy
Address: 4349 South 90th Street   Apt:   Job Classification:
City: Omaha   State: NE   Zip: 68127
Email:

Supervisor:
Hire Date: 05/04/2011

And Any Other Articles That May Apply

Contract Violations  Supplement/VI, Supplement/I, Master/6, Master/10,   Section:
Article:   Master/17, Master/22

### Grievance

Date Violation Occurred 05/02/11. Local 554 filing on behalf of all Bargaining Unit members. Protesting the moving of Bargaining Unit Work out of the Bargaining Unit on 05/02/11. Wish to have work returned and all effected employees be made whole.

**Signature on File**

### Remedy

EXHIBIT "1"
PAGE 2 OF 4

<2>
<3>

<4>
<5>
</5>
</4>
</3>
</2>

<6>
<7>
<8>
<9>
<10>
<11>
<12>
<13>
<14>
<15>

<16>

<17>
<18>
<19>

<20>
<21>
<22>
<23>
<24>
<25>
<26>

<27>
<28>
<29>
<30>
<31>

<32>
<33>

<34>
<35>
<36>
<37>
<38>

# Local #554 Grievance Form
## Please Print

1033-M

*[handwritten top right:] Tom Otto E mailed + Bell ✓ 5-4-11 M*

**Name of Member Involved:** Local #554 on Behalf of B/U

**Date Hired:** 

**Address:** 

**Job Classification:** 

**City:** **State:** **Zip:** **Phone:** **Cell:** 

**Company Name:** Roberts Dairy

**City:** **State:** **Zip:** 

**Date Violation Occurred:** 5/2/11

**Date Company Notified:** 5/4/11

**Date Grievance Filed:** 5/4/11

**Contract Article(s) Violated and any others that apply:** N.M.D. 6, 10, 17, 22  Robert Dairy Agreement I, VI

**Information of Complaint or Grievance – Give Names, Dates, Equipment #'s     REMEDY REQUESTED**

Protesting the moving of B/U work out of the B/U on 5/2/11. Wish to have work returned + all effected employees be made whole.

**Grievant Signature:** 

*"EXHIBIT 1"*
*PAGE 3 OF 4*

NOTE: YOU ARE MAKING 3 COPIES. WRITE HEAVY

# IBT–CENTRAL REGION
## FOOD PROCESSING AND DAIRY DIVISION GRIEVANCE FORM

**Please print or type**

Local Union __554__

Company Name __Roberts Dairy Company__

Address __2901 Cuming Street__

__Omaha, NE 68131__

Employee's Name __LU 554 on behalf of Bargaining Unit__

Contact __Harold Papen__

Address __4349 S. 90th Street__

__Omaha, NE 68127__

Date of Employment ____

Job Title ____

Violation Alleged: Master Agreement Section __Article 17 and Article 20 Master__

Local Addendum Section ____

Date of Occurrence ____ Date of Filing ____

Circumstances of dispute (check applicable space or spaces):

Pay claim____ Discharge____ Contract Interpretation____

Subcontracting____ Other____

State nature of grievance and article violated:

Settlement Requested:

_____
Signature of Employee

Company Response (Attach supporting material)

_____
Signature of Employer Representative

### Step 2 – Plant Manager and Union Representative Action

Date of Hearing_____

Disposition:

Issue:

_____ _____
Union Representative Signature        Plant Representative Signature

### REFER TO JOINT AREA COMMITTEE

### JOINT AREA COMMITTEE

Case No_____ Date of Hearing_____

White: Union Chairman    Yellow: Plant Manager    Pink: Local Union

Food and Dairy Division
IBT-Central Region
10600 W. Higgins Rd.–Suite 724
Rosemont, IL 60018
(All Grievances)

NOTE: ADDITIONAL COPIES OF THESE FORMS AVAILABLE THROUGH THE CENTRAL REGION OFFICE.

Revised 7/03

"EXHIBIT 1"
PAGE 4 OF 4

# INTERNATIONAL BROTHERHOOD OF TEAMSTERS



### CENTRAL REGION OFFICE
1300 W. HIGGINS ROAD • SUITE 220 • PARK RIDGE, IL 60068 • (847) 292-1225
FAX: (847) 292-1412

Fred Gegare
IBT Vice President &
Director, Dairy Conference
USA and Canada

**DAIRY & FOOD JOINT AREA COMMITTEE**

DECISIONS

November 16, 2011

Crowne Plaza Airport
11228 Lone Eagle Dr.
St. Louis, MO 63044

| | |
|---|---|
| CASE NO. 20-11 | Local Union No. 554 vs. Roberts Dairy |
| | Issue: Protesting the moving of Bargaining Unit Work |
| | Grievant: On behalf of All Bargaining Unit Members |
| Chairman: | Mike Klootwyk |

| Committee: | Company | Union |
|---|---|---|
| | Paul Hewitt | Gary Mika |
| | Stacy Henson | Chris Zahn |
| | Jeremy Cook | Scott Alexander |
| Presenting: | Harold Papen | Kim Quick & Todd Bell |
| Decision: | Based on the facts presented, this will be referred back to the parties for a possible solution with same JAC panel holding jurisdiction. | |

"EXHIBIT 2"
PAGE 1 OF 1

# INTERNATIONAL BROTHERHOOD OF TEAMSTERS



CENTRAL REGION OFFICE
1300 W. HIGGINS ROAD • SUITE 220 • PARK RIDGE, IL 60068 • (847) 292-1225
FAX: (847) 292-1412

Tony Cornelius
Dairy Division
JAC Committee Chairman

**DAIRY & FOOD JOINT AREA COMMITTEE**

Crowne Plaza Airport
11228 Lone Eagle Dr.
St. Louis, MO 63044

DECISIONS

January 18, 2012

| | |
|---|---|
| CASE NO. 20-11 | Local Union No. 554 vs. Roberts Dairy |
| | Issue: Protesting the moving of Bargaining Unit Work |
| | Grievant: On behalf of all Bargaining Unit Members |
| Chairman: | Tony Cornelius |
| Committee: | Company                Union |
| | Paul Hewitt             Mike Klootwyk |
| | Stacy Henson           Chris Zahn |
| | Jeremy Cook            Scott Alexander |
| Presenting: | Harold Papen           Kim Quick & Todd Bell |
| Decision: | Based on the facts presented, the claim of the Union is upheld. |



"EXHIBIT 3"
PAGE 1 OF 1

