# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GENERAL DRIVERS AND HELPERS UNION LOCAL #554 AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | ) ) ) ) ) | Case No. 8:12cv99 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| ROBERTS DAIRY COMPANY, L.L.C., | ) ) | |
| Defendant. | ) | |

The parties have agreed to resolve Plaintiff's Motion to Compel Answers to Interrogatories 13-15 of Plaintiff's January 22, 2013 Interrogatories [doc#59] as follows:

1. Defendant will serve Restated Second Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories upon Plaintiff by email, facsimile, and U.S. Mail within three (3) days; and

2. Defendant will serve responses to Plaintiff's excess interrogatories thirteen to fifteen (13-15) in Plaintiff's January 22, 1013 Interrogatories within thirty days of this order.

As a result of the agreement of the parties, Plaintiff's Motion [#59] is denied as being moot.

**IT IS SO ORDERED this 18th day of March 2013.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge