## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

GENERAL DRIVERS AND HELPERS
UNION, LOCAL NO. 554, Affiliated with the
International Brotherhood of Teamsters,

              Plaintiff,

    vs.

ROBERTS DAIRY COMPANY, LLC, a
limited liability company organized in the
State of Illinois;

              Defendant.

**CASE NO. 8:12CV99**

**ORDER OF DISMISSAL**

This matter is before the Court on Defendant's Stipulation of Dismissal with Prejudice (Filing No. 89) and Plaintiff's Motion to Dismiss with Prejudice (Filing No. 88). The stipulation complies with Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court concludes that the stipulation should be approved and the motion be granted. The parties will pay their own costs and attorney's fees.  Accordingly,

IT IS ORDERED:

1. Defendant's Stipulation of Dismissal with Prejudice (Filing No. 89) is approved, and Plaintiff's Motion to Dismiss with Prejudice (Filing No. 88) is granted;

2. The above-captioned matter is dismissed with prejudice; and

3. The parties will pay their own costs and attorney's fees.

Dated this 12th day of March, 2014.

              BY THE COURT:

              s/Laurie Smith Camp
              Chief United States District Judg